EXHIBIT A

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Alluring Passion | PA0001922451 | http://hdporn1080.com/alluring-passion-dido-angel/ |
| Desire | PA0001922694 | http://hdporn1080.com/desire-bella-baby/ |
| Emotion | PA0001923126 | http://hdporn1080.com/emotion-whitney-conroy/ |
| I Can't Wait | PA0001922493 | http://hdporn1080.com/sexart-sapphira-a-i-cant-wait/ |
| La Dolce Vita Turisti Per Caso | PA0001922495 | http://hdporn1080.com/la-dolce-vita-turisti-per-caso-gertie/ |
| Le Café | PA0001922479 | http://hdporn1080.com/sexart-ivana-sugar-and-sabrina-moor-cafe-2/ |
| Make Me Happy | PA0001922499 | http://hdporn1080.com/make-me-happy-lorena-b-miela-a/ |
| Sunny Morning | PA0001922541 | http://hdporn1080.com/sunny-morning-conny-carter/ |
| Tone of Love | PA0001922431 | http://hdporn1080.com/tone-of-love-gina-devine/ |
| Upper West Side | PA0001922429 | http://hdporn1080.com/upper-west-side-capri-anderson/ |
| 123 Fahrenheit | PA0001916752 | http://hdporn1080.net/sexart-15-01-21-sapphira-a-122-fahrenheit/ |
| 123 Fahrenheit | PA0001916752 | http://hdporn1080.net/sexart-sapphira-a-122-fahrenheit-3/ |
| 123 Fahrenheit | PA0001916752 | http://hdporn1080.net/sexart-sapphira-a-122-fahrenheit/ |
| 123 Fahrenheit | PA0001916752 | http://hdporn1080.net/sexart-sapphira-a-122-fahrenheit-2/ |
| Tantra Imaginations | PA0001922543 | http://hdporn1080.net/sexart-connie-carter/ |
| Red Vinyl | PA0001931989 | http://hdporn1080.net/sexart-andrea-p-red-vinyl-2/ |
| First | PA0001917312 | http://hdporn1080.net/sexart-iwia-a-first/ |
| Siesta | PA0001922635 | http://hdporn1080.net/mima-a-victoria-blaze-money-honneys/ |