UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the **MANUAL** JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be PRINTED directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Hydentra HLP Int. Limited**

**Defendant**(s): **HDPorn1080.com ; HDPorn1080.net**

County of **RESIDENCE**: Outside the State of Arizona

County of Residence: Outside the State of Arizona

County Where **CLAIM** For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Spencer D Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Ave S
Tacoma, Washington  98402
253-383-4500**

Defendant's Atty(s):

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :    1. Original **PROCEEDING**

V. Nature of Suit:    820 Copyrights

VI. Cause of Action:    17 U.S.C. 101; 15 U.S.C. 1114, 1121, 1125

VII. **REQUESTED** in Complaint

   **CLASS** Action: **No**
   **DOLLAR** Demand:
   Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**SIGNATURE**: **Spencer D. Freeman**

 **DATE**: **March 11, 2015**

If any of this information is incorrect, please **GO BACK** to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening **DOCUMENTS**.

**Revised: 01/2014**